UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| KELSI R. WASSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:23-cv-00048-SLC ) |
| COMMISSIONER OF SOCIAL SECURITY, *sued as Kilolo Kijakazi, Acting Commissioner of Social Security Administration*, | ) ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is the Defendant Commissioner of Social Security's unopposed motion to remand (ECF 20), asking that the Court remand this case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) and enter judgment in favor of Plaintiff. Upon remand, the administrative law judge will hold a new hearing and issue a new decision, and in doing so, will: (1) evaluate the record medical opinions; (2) evaluate the claimant's residual functional capacity with citation to the medical evidence that supports each limitation assessed and with consideration for all of the claimant's impairments; and (3) obtain additional vocational evidence as warranted. (ECF 20 ¶ 2).

The agreed motion (ECF 20) is GRANTED. The decision of the Commissioner is REVERSED, and the case is REMANDED to the Commissioner for further administrative proceedings. The Clerk is DIRECTED to enter a judgment in favor of the Plaintiff and against the Commissioner.

SO ORDERED. Entered this 14th day of September 2023.

/s/ Susan Collins
Susan Collins
United States Magistrate Judge